# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GARY W. WALTERS, | ) | |
| Plaintiff(s), | ) | 2:05-cv-1402-RLH-PAL |
| vs. | ) | **O R D E R** |
| ROBERT A. GARCIA, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#50, filed March 7, 2008), entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to comply with numerous court orders and failure to prosecute. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#50) is AFFIRMED and ADOPTED, and the case is DISMISSED without prejudice.

Dated: March 26, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**